IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR242 |
| | ) | |
| vs. | ) | ORDER OF COURT |
| | ) | TO DISMISS WITHOUT PREJUDICE |
| JOSE MANUEL VILLA-GONZALEZ, | ) | THE SUPERSEDING INDICTMENT |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED, pursuant to Federal Rule of Criminal Procedure 48(a), leave of Court is granted for the dismissal without prejudice of the Superseding Indictment regarding Defendant, JOSE MANUEL VILLA-GONZALEZ, pursuant to Motion of the United States (Filing No. 64).

DATED this 20th day of December, 2010.

BY THE COURT:

s/JOSEPH F. BATAILLON
Chief United States District Judge